IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHIRLEY MILLER,

    Plaintiff,

v.

ARBORS AT GALLIPOLIS, et al.

    Defendants.

Case No. 2:07-cv-1295

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE MARK R. ABEL

## ORDER

The parties have represented to the Court that this matter has been settled. Therefore, the Court **ORDERS** that the settlement conference set for July 28, 2009 is hereby **VACATED**. The Court further **ORDERS** that the parties submit a stipulation of dismissal within thirty (30) days after this Order.

**IT IS SO ORDERED.**

7-27-2009
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE