IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SHIRLEY MILLER, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF KRISTY L. MILLER, DECEASED | ) CASE NO. 2: 07 CV 1295 ) ) JUDGE SARGUS ) ) |
| Plaintiff, | ) ) |
| vs. | ) **JUDGMENT ENTRY OF** ) **DISMISSAL WITH PREJUDICE** |
| ARBORS AT GALLIPOLIS, et al. | ) |
| Defendants. | |

Based upon the representations of counsel, this matter has been settled by and between the parties. It is hereby **ORDERED** that all claims herein be dismissed with complete prejudice to the filing of any future action. The Plaintiff shall execute any and all documents necessary to effectuate the settlement between the parties.

Costs to be paid by Defendants.

10-5-2009
JUDGE SARGUS

#0083313
*Jerry M. Milton* for CJR
Christopher J. Regan #0074492
Bordas & Bordas
1358 National Road
Wheeling, WV 26003
Attorney for Plaintiff

Christopher S. Humphrey (#0061528)
4518 Fulton Drive, NW, P.O. Box 35548
Canton, OH 44735-5548
Attorney for Defendants, misnamed as HCR Manor Care Heartland-Lansing and Heartland-Lansing

«C12 641972 v1»